IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD DEAN DECRUZ,

    Plaintiff,

v.

SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; WARDEN OF SAN QUENTIN STATE PRISON,

    Defendants.

No. C 20-0879 WHA (PR)

**ORDER OF DISMISSAL**

Plaintiff filed this civil rights action under 42 U.S.C. § 1983. On February 5, 2020, the clerk notified plaintiff that he must either pay the filing fee or file a completed application to proceed in forma pauperis ("IFP"). The IFP application that plaintiff had filed was not complete because plaintiff had not included either a trust account statement or a certificate of funds. Along with the notice, the clerk mailed to plaintiff an IFP application, instructions, and a stamped return envelope. The notices informed plaintiff that the case would be dismissed if he did not either pay the fee or file the completed IFP application within 28 days. No response to that notice has been received. As plaintiff has not paid the fee, filed a complete IFP application, explained such a failure, or requested additional time, this case is **DISMISSED** without prejudice.

The clerk shall enter judgment, terminate the incomplete IFP application, and close the file.

**IT IS SO ORDERED.**

Dated: May 4, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE